# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Candice Taylor,

    Plaintiff,

    v.                         Case No. 1:19cv241

Transpor-U-Transportation, LLC, *et al.*,     Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to notification by defense counsel on June 25, 2019 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                        Michael R. Barrett
                                        United States District Judge