UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CANDICE TAYLOR, | ) | CASE NO. 1:19-cv-00241 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSPORT-U-TRANSPORTATION LLC, *et al.*, | ) ) | **JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Come NOW the respective parties, by and through their counsel, and hereby seek the Court's approval of the settlement they have reached in this matter.

This case involves claims under the Fair Labor Standards Act for overtime pay that Plaintiff alleges she is owed from Defendants. Defendants deny liability. After conducting some preliminary, informal discovery, the parties entered into settlement negotiations and reached a confidential agreement, pending the Court's approval as required by the FLSA.

Though the precise terms of the settlement are confidential, both Plaintiff and Defendants are represented by counsel with extensive experience in FLSA cases, and have recommended the settlement to their respective clients as being fair and reasonable under all the facts and circumstances.

For the foregoing reasons, the parties respectfully request that the Court approve the settlement. A proposed Order, approving the settlement and dismissing the case, is attached hereto for the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey J. Moyle, per auth. | /s/ Stephen E. Imm |
| Jeffrey J. Moyle (0084854) | Stephen E. Imm (0040068) |
| Christopher J. Lalak (0090079) | Finney Law Firm, LLC |
| Nilges Draher LLC | 4270 Ivy Pointe Blvd,. Suite 225 |
| 614 W. Superior Ave., Suite 1148 | Cincinnati, OH 45245 |
| Cleveland, OH 44113 | (513) 943-5678 |
| (216) 230-2955 | (513) 943-6669 - fax |
| (330) 754-1430 - fax | Stephen@finneylawfirm.com |
| jmopyle@ohlaborlaw.com | |
| clalak@ohlaborlaw.com | Attorney for Defendant |
| | |
| Attorneys for Plaintiff | |