# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **CANDICE TAYLOR,** | ) | **CASE NO. 1:19-cv-00241** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE MICHAEL R. BARRETT** |
| | ) | |
| v. | ) | |
| | ) | |
| **TRANSPORT-U-TRANSPORTATION LLC,** *et al.*, | ) ) | **ENTRY APPROVING SETTLEMENT AND DISMISSING CASE** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter came before the Court on the parties' Joint Motion for Approval of Settlement. The Court, being satisfied that the settlement is fair and reasonable under all the facts and circumstances, hereby approves same. Accordingly, the case is dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement.

/s/ Michael R. Barrett
Judge Michael R. Barrett